CITATION – PERSONAL SERVICE – TRCP 99

# THE STATE OF TEXAS

## 2018-DCL-06220-A

James Thatcher § IN THE 107TH DISTRICT COURT
VS § OF
Dargel Boats, Inc. § CAMERON COUNTY, TEXAS

TO    Dargel Boats, Inc.
Registered Agent: Cleve M. Ford
4110 N. FM 493
Donna TX 78537-5088, GREETING:

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you." TRCP. 99

You are hereby commanded to appear by filing a written answer to **Plaintiff's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 107th District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff's Original Petition** was filed in said court on **October 24, 2018**, in the above entitled cause.

The file number of said suit being
**2018-DCL-06220-A**

The style of the case is:
**James Thatcher**
**vs.**
**Dargel Boats, Inc., Yamaha Motor Corporation, USA, Unknown Retailers 1 through 9**

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 26th day of October, 2018.

ATTORNEY:
ROBERTO RENE GARCIA
07645210
(956)668-7400
PO Box 5729
McAllen TX 78502-5729

Eric Garza
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520

By: _____
Miriam Longoria, Deputy Clerk

EXHIBIT 1

| 2018-DCL-06220-A<br>107th District Court | James Thatcher<br>vs.<br>Dargel Boats, Inc., Yamaha Motor Corporation, USA, Unknown Retailers 1 through 9 |
|---|---|

## RETURN OF SERVICE

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the ____ day of _____, 20____.

NAME/ADDRESS FOR SERVICE
_____
_____
_____

_____ Officer
_____ County, TX

By: _____ Deputy

----

## OFFICERS RETURN

Came to hand on the ____ day of _____, at ____ o'clock ____ m and _____ County, Texas, by delivering to each of the within named defendants in person, a true copy of this _____ with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:
_____
and the cause or failure to execute this process is:
_____
and the information received as to the whereabouts of said defendant(s) being:
_____

FEES:
SERVING PETITION/COPY $ _____
TOTAL: $ _____

_____ Officer
_____ County, TX

By: _____ Deputy

_____
AFFIANT

----

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement: "My name is _____, my date of birth is _____, my address is _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED in _____ County, State of _____, on the ____ day of _____, 20____.

_____
ID Number/Expiration of Certification

_____
Declarant/Authorized Process Server

PDF created with pdfFactory Pro trial version www.pdffactory.com

FILED
2018-DCL-06220
10/29/2018 5:13 PM
Eric Garza
Cameron County District Clerk
By Christina Hernandez Deputy Clerk
28643878

## RETURN OF SERVICE

State of Texas          County of Cameron          107th District Court

Case Number: 2018-DCL-06220-A

Plaintiff:
James Thatcher

vs.

Defendant:
Dargel Boats, Inc.

Received these papers on the 26th day of October, 2018 at 10:01 am to be served on **Dargel Boats, Inc. Registered Agent: Cleve M. Ford, 4110 N FM 493, Donna, TX 78537.**

I, RUTH FLYNN PSC 7275 EXP 8/31/19, do hereby affirm that on the **26th day of October, 2018 at 3:10 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the Citation/ Plaintiff's Original Petition with the date and hour of service endorsed thereon by me, to: **Cleve M. Ford as Registered Agent** at the address of: **4110 N FM 493, Donna, TX 77537** on behalf of **Dargel Boats, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

"My name is _Ulma Ruth Flynn_ (First, Last), my date of birth is _12/02/41_, and my address is _516 West Vista Ave, McAllen, TX 78501_ (Street, City, State, Zip Code), and _Hidalgo_ (County). I declare under penalty of perjury that the foregoing is true and correct. Executed in _Hidalgo_ (County), State of _Texas_, on the _26th_ Day of _Oct_, 20_18_, _Ulma Ruth Flynn_ (First, Last name) declarant."

RUTH FLYNN PSC 7275 EXP 8/31/19
Process Server

Our Job Serial Number: BBW-2018007575

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

PDF created with pdfFactory Pro trial version www.pdffactory.com

| CITATION – PERSONAL SERVICE – TRCP 99 |
|---|

# THE STATE OF TEXAS

## 2018-DCL-06220-A

James Thatcher § IN THE 107TH DISTRICT COURT
VS § OF
Dargel Boats, Inc. § CAMERON COUNTY, TEXAS

TO     **Dargel Boats, Inc.**
**Registered Agent: Cleve M. Ford**
**4110 N. FM 493**
**Donna TX 78537-5088, GREETING:**

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."** TRCP. 99

You are hereby commanded to appear by filing a written answer to **Plaintiff's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 107th District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff's Original Petition** was filed in said court on **October 24, 2018**, in the above entitled cause.

The file number of said suit being
**2018-DCL-06220-A**

The style of the case is:
**James Thatcher**
**vs.**
**Dargel Boats, Inc.,Yamaha Motor Corporation, USA,Unknown Retailers 1 through 9**

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 26th day of October, 2018.

ATTORNEY:
ROBERTO RENE GARCIA
07645210
(956)668-7400
PO Box 5729
McAllen TX 78502-5729

Eric Garza
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520

By: _____
Miriam Longoria, Deputy Clerk

PDF created with pdfFactory Pro trial version www.pdffactory.com

| 2018-DCL-06220-A<br>107th District Court | James Thatcher<br>vs.<br>Dargel Boats, Inc.,Yamaha Motor Corporation, USA,Unknown Retailers 1 through 9 |
|---|---|

## RETURN OF SERVICE

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the \_\_\_\_\_ day of _____, 20_____.

NAME/ADDRESS FOR SERVICE
_____
_____
_____

_____Officer
_____County, TX

By:_____Deputy

····································································

## OFFICERS RETURN

Came to hand on the \_\_\_\_\_ day of _____, at \_\_\_\_\_o'clock \_\_\_m and _____ County, Texas, by delivering to each of the within named defendants in person, a true copy of this _____ with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),_____
The diligence used in finding said defendant(s) being:
_____
and the cause or failure to execute this process is:
_____
and the information received as to the whereabouts of said defendant(s) being:
_____

FEES:
SERVING PETITION/COPY $_____
TOTAL:                $_____

_____Officer
_____County, TX

By:_____Deputy

_____
AFFIANT

····································································

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:
"My name is _____, my date of birth is _____, my address is _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED in _____ County, State of _____, on the \_\_\_\_\_ day of _____, 20\_\_\_\_\_.

_____  _____
ID Number/Expiration of Certification        Declarant/Authorized Process Server

PDF created with pdfFactory Pro trial version www.pdffactory.com

| CITATION – PERSONAL SERVICE – TRCP 99 |
|---|

# THE STATE OF TEXAS

## 2018-DCL-06220-A

| | | |
|---|---|---|
| James Thatcher | § | IN THE 107TH DISTRICT COURT |
| VS | § | OF |
| Dargel Boats, Inc. | § | CAMERON COUNTY, TEXAS |

TO    **Yamaha Motor Corporation, USA**
**Registered Agent: The Prentice Hall Corporation System**
**211 E. Seventh Street, Suite 620**
**Austin TX 78701, GREETING:**

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."** TRCP. 99

You are hereby commanded to appear by filing a written answer to **Plaintiff's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 107th District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff's Original Petition** was filed in said court on **October 24, 2018**, in the above entitled cause.

The file number of said suit being
**2018-DCL-06220-A**

The style of the case is:
**James Thatcher**
**vs.**
**Dargel Boats, Inc., Yamaha Motor Corporation, USA, Unknown Retailers 1 through 9**

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 26th day of October, 2018.

ATTORNEY:
ROBERTO RENE GARCIA
07645210
(956)668-7400
PO Box 5729
McAllen TX 78502-5729

Eric Garza
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520

By: _____
Miriam Longoria, Deputy Clerk

PDF created with pdfFactory Pro trial version www.pdffactory.com

| 2018-DCL-06220-A<br>107th District Court | James Thatcher<br>vs.<br>Dargel Boats, Inc.,Yamaha Motor Corporation, USA,Unknown Retailers 1 through 9 |
|---|---|

## RETURN OF SERVICE

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the \_\_\_\_\_ day of _____, 20_____.

NAME/ADDRESS FOR SERVICE

_____Officer
_____County, TX

By:_____Deputy

........................................................................

## OFFICERS RETURN

Came to hand on the \_\_\_\_\_ day of _____, at \_\_\_\_\_ o'clock \_\_\_m and _____ County, Texas, by delivering to each of the within named defendants in person, a true copy of this _____ with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),_____
The diligence used in finding said defendant(s) being:

_____
and the cause or failure to execute this process is:

_____
and the information received as to the whereabouts of said defendant(s) being:

FEES:
SERVING PETITION/COPY $_____
TOTAL:              $_____

_____Officer
_____County, TX

By:_____Deputy

_____
AFFIANT

........................................................................

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:
"My name is _____, my date of birth is _____, my address is
_____
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED in _____ County, State of _____, on the \_\_\_\_\_ day of _____. 20_____.

_____  _____
ID Number/Expiration of Certification           Declarant/Authorized Process Server

# AFFIDAVIT OF SERVICE

**State of Texas**        **County of Cameron**

FILED
2018-DCL-06220
10/30/2018 2:56 PM
Eric Garza
Cameron County District Clerk
107th District Court
By Brenda Ramirez Deputy Clerk
28668884

Case Number: 2018-DCL-06220-A

Plaintiff:
**James Thatcher**

vs.

Defendant:
**Dargel Boats, Inc.**

For:
Bobby Garcia
THE LAW OFFICE OF BOBBY GARCIA
5301 S. McColl Road
Edinburg, TX 78539

Received by Pronto Process (San Antonio) on the 26th day of October, 2018 at 10:07 am to be served on **Yamaha Motor Corporation, Usa Registered Agent: The Prentice Hall Corporation System, 211. E. Seventh Street, Suite 620, Austin, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **26th day of October, 2018** at **3:10 pm**, I:

delivered to **REGISTERED AGENT** by delivering a true copy of the **Citation/ Plaintiff's Original Petition** with the date of service endorsed thereon by me, to: **Vanessa Hernandez, The Prentice Hall Corporation System as Authorized Agent** at the address of: **211. E. Seventh Street, Suite 620, Austin, TX 78701** on behalf of **Yamaha Motor Corporation, Usa**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 26th day of October, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. HYBNER
My Notary ID # 129086987
Expires August 9, 2020

Mike Techow
PSC-1215, Exp. 7/31/20

Pronto Process (San Antonio)
P.O. Box 7819
San Antonio, TX 78207
(210) 226-7192

Our Job Serial Number: BBW-2018007574

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.3g

PDF created with pdfFactory Pro trial version www.pdffactory.com